**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

**CANAL INSURANCE COMPANY**                                                    **PLAINTIFF**

**V.**                                      **CIVIL ACTION NO. 3:09-CV-24-SA-SAA**

**P.S. TRANSPORT, INC. and BERNETTA
COLEMAN**                                                    **DEFENDANTS**

## ORDER

Pursuant to a memorandum opinion to be released on this day, the Court denies Canal Insurance Company's Motion to Enforce Settlement Agreement [31], grants Canal Insurance Company's Motion for Summary Judgment [35], and denies Bernetta Coleman's Motion for Summary Judgment [51]. As this Order and the opinion to follow dispose of any case or controversy arising from Plaintiff's Amended Complaint, this case is closed.

So ordered on this the 4th day of March, 2010.

                                                          **/s/ Sharion Aycock**
                                                          **UNITED STATES DISTRICT JUDGE**